EXHIBIT B

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 24, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STANFORD ENTITIES
SECURITIES LITIGATION

Peggy Roif Rotstain, et al. v. Trustmark National Bank, et al., S.D. Texas, C.A. No. 4:09-3673
Barry Rupert, et al. v. Robert S. Winter, et al., W.D. Texas, C.A. No. 5:09-854

MDL No. 2099

## CONDITIONAL TRANSFER ORDER (CTO-2)

On October 6, 2009, the Panel transferred four civil actions to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, two additional actions have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable David C. Godbey.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Godbey.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of October 6, 2009, and, with the consent of that court, assigned to the Honorable David C. Godbey.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel